IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Ronald O'Neal, | C/A No. 3:15-cv-02140-JFA |
| Plaintiff, | |
| vs. | |
| Carrington Mortgage Services LLC and Equifax Information Services LLC, | **Order** |
| Defendants. | |

The court, having been advised by counsel that Plaintiff Ronald O'Neal and Defendant Equifax Information Services, LLC have settled, hereby orders that Defendant Equifax Information Services, LLC be dismissed from this action without costs and without prejudice. This Order does not apply to any other party in this action. If settlement is not consummated within a reasonable time, either party may, within 60 days, petition the court to reopen the action and restore it to the calendar. *See* Fed. R. Civ. P. 60(b)(6). In the alternative, to the extent permitted by law, either party may, within 45 days, petition the court to enforce the settlement. *Fairfax Countywide Citizens v. Fairfax Cnty.*, 571 F.2d 1299 (4th Cir. 1978).

The dismissal hereunder shall be *with prejudice* if no action is taken under either alternative within 60 days from the filing date of this order.

IT IS SO ORDERED.

January 21, 2016
Columbia, South Carolina

Joseph F. Anderson, Jr.
United States District Judge

1